**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **SHARRI LASHUN MILLINES,** ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | **CIVIL ACTION NO.** |
| ) | |
| ) | |
| ) | **1:11-CV-3061-MHS-ECS** |
| ) | |
| ) | |
| ) | |

364068 v1

**HUN MILLINES,**

        **Plaintiff,**

v.

**RBC BANK (USA),**

        **Defendant.**

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF RBC BANK (USA)

Pursuant to FRCP 7.1 and LR 3.3, the undersigned counsel of record for Defendant RBC Bank (USA) hereby certifies that:

(1) the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Defendant RBC Bank (USA) is a North Carolina corporation and a wholly owned subsidiary of Royal Bank of Canada. No person or entity owns 10% of more of Royal Bank of Canada's stock.

(2) the following is a full and complete list of all other persons, associations, firms, partnerships or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

364068 v1

2

NONE

(3) the following is a full and complete list of all persons serving as attorneys for Defendant RBC Bank (USA) in this proceeding:

Peter R. Spanos
Georgia Bar No. 669125
E-mail: pspanos@burr.com
Burr & Forman LLP
171 17th Street, NW
Suite 1100
Atlanta, Georgia 30363

Respectfully submitted this 13th day of October, 2011.

/s/**Peter R. Spanos**
Georgia Bar No. 669125
E-mail: pspanos@burr.com
*Attorney for Defendants*

Burr & Forman LLP
171 17th Street, NW
Suite 1100
Atlanta, Georgia 30363

## CERTIFICATE OF COMPLIANCE

In accordance with LR 7.1(d), N.D.Ga, the undersigned counsel hereby certifies that the foregoing *Certificate of Interested Persons and Corporate Disclosure Statement of RBC Bank (USA)* has been prepared using Times New Roman (14 point), one of the fonts specified in LR 5.1(c), NDGa.

This 13th day of October, 2011.

/s/**Peter R. Spanos**
Georgia Bar No. 669125
**BURR & FORMAN LLP**
171 Seventeenth Street, NW
Suite 1100
Atlanta, Georgia, 30363
Phone: 404.685.4265
Fax:  404.214.7934
Email:  pspanos@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2011, I electronically filed the foregoing *Certificate of Interested Persons and Corporate Disclosure Statement of RBC Bank (USA)* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Michael O. Mondy
Michael O. Mondy, P.C.
925B Peachtree Street, #329
Atlanta, Georgia 30309

/s/ **Peter R. Spanos**